# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KHANH TRUONG NGUYEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. CIV-25-1402-D |
| | ) | |
| PAMELA BONDI, | ) | |
| Attorney General et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

In reviewing the parties' documents related to Petitioner's detention, the undersigned searched for Petitioner on the United States Immigration and Customs Enforcement's (ICE) "Online Detainee Locator System," https://locator.ice.gov/odls/#/search (last visited Dec. 17, 2025). The undersigned's search for Petitioner's whereabouts yielded no results. The undersigned entered in separate searches both Petitioner's alien file number[1] and country, and his name and country.

Based on the history of Petitioner's movement from one jurisdiction to another and the flight to Vietnam which had been scheduled for December 14, 2025, *see* Docs. 11, 14, the Court orders Respondents to update the Court on Petitioner's current whereabouts. *See* Doc. 9 (order requiring Respondents to give the Court 72-hours advance notice before transferring Petitioner to

---

[1] The parties provided the Court with the following number: 042047118.

another jurisdiction). Respondents shall file the update by Friday, December 19, 2025.

**SO ORDERED** this 17th day of December, 2025.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE

2