IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KHANH TRUONG NGUYEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-25-1402-D |
| ) | |
| PAMELA BONDI, Attorney General, et al., ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

Before the Court is Respondents' Motion for Reconsideration or, in the Alternative, to Stay Enforcement of Order on Emergency Grounds [Doc No. 25], to which Petitioner filed his Response [Doc. No. 26].

On February 12, 2026, the Court entered an Order granting Petitioner's request for habeas relief pursuant to 28 U.S.C. § 2241 [Doc. No. 24]. Respondents filed the present motion asking the Court to reconsider or stay enforcement of the Order due to a change in circumstances making Petitioner's removal to Vietnam reasonably foreseeable in compliance with 8 C.F.R. § 241.13(i)(2). Specifically, Respondents represent that on February 5, 2026, ICE Enforcement Removal Operations Officer Micheal Thompson received Petitioner's travel document and Petitioner is "tentatively scheduled for a charter flight to Vietnam the first week of March 2026" [Doc. No. 25].[1] Petitioner opposes Respondents' request and states that his flight is tentative and still three weeks away [Doc.

---

[1] Respondents received Petitioner's travel document on February 5, 2026, and filed it with the Court on February 12, 2026 [Doc. No. 25-1].

No. 26]. However, the Court is satisfied that Petitioner's removal is reasonably foreseeable in light of the representations in the motion, and the Declaration attached thereto.

**IT IS THEREFORE ORDERED** that Respondents Motion for Reconsideration or, in the Alternative, to Stay Enforcement of Order on Emergency Grounds [Doc. No. 25] is **GRANTED**. The Court's Order [Doc. No. 21] is stayed pending the anticipated removal of Petitioner to Vietnam.

**IT IS FURTHER ORDERED** that Respondents shall file a notice with the Court on or before March 9, 2026, confirming whether Petitioner has been removed to Vietnam, or otherwise updating the Court regarding his status.

**IT IS SO ORDERED** this 13th day of February, 2026.

TIMOTHY D. DeGIUSTI
Chief United States District Judge